339 A.2d 762

**Carl E. BILLOW**

v.

**Mary E. BILLOW, Appellant.**

Supreme Court of Pennsylvania.

Argued May 6, 1975.

Decided July 7, 1975.

Jeffrey A. Ernico, Harrisburg, for appellant.

John J. Krafsig, Jr., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and NIX, JJ.


## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs to be borne by appellant.

MANDERINO, J., took no part in the consideration or decision of this case.